UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **MOUHAMADOU KONATE** <br> **A 97-525-961** | **CIVIL ACTION NO. 08-256** <br> **SECTION P** |
| **VS.** | **JUDGE MELAÇON** |
| **ALBERTO GONZALES, ET AL.** | **MAGISTRATE JUDGE METHVIN** |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted.  Alternatively, the Court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the "Motion to Dismiss" [Doc. 10] be GRANTED and that this Petition for Writ of Habeas Corpus [Doc. 1] be DENIED AND DISMISSED WITH PREJUDICE as moot.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 29th day of May, 2008.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE